**Order entered March 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00340-CV

### IN RE H.E. TRANS, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09546**

## ORDER

Before the Court is the petition for writ of mandamus filed by H.E. Trans, Inc. The Court

requests that real party in interest and respondent file their responses to the petition for writ of

mandamus, if any, by April 7, 2014.


/s/     DAVID LEWIS
          JUSTICE